ALBERT FIEBELKORN et al., Appellants, *v.* JACOB ROGACKI et al., Respondents, et al., Defendants.

Argued April 7, 1953; decided April 24, 1953.

*Maurice J. Rumizen* for appellants.

*William R. Brennan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.